IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 09-333-SLR |
| ) | |
| BARR LABORATORIES, INC., ) | |
| TEVA PHARMACEUTICALS USA, Inc. ) | |
| TEVA PHARMACEUTICAL ) | |
| INDUSTRIES, LTD., and ) | |
| SANDOZ, INC., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT AND INJUNCTION**

For the reasons stated in the court's memorandum opinion and order of September 8, 2011 (D.I. 236), IT IS ORDERED AND ADJUDGED that:

1. Allergan Inc. asserted the following claims against Barr Laboratories, Inc. ("Barr"), Teva Pharmaceuticals USA, Inc. ("Teva USA"), Teva Pharmaceuticals Industries Ltd. ("Teva Ltd."), and Sandoz, Inc. ("Sandoz"): claim 10 of U.S. Patent 5,688,819 ("the '819 patent") and claims 1-3 of U.S. Patent 6,403,649 ("the '649 patent") (hereinafter "the asserted claims of the patents-in-suit").

2. Barr, Teva USA and Teva Ltd.'s proposed products described in Abbreviated New Drug Application 91-194 infringe the asserted claims of the patents-in-suit.

3. Sandoz's proposed products described in Abbreviated New Drug Application No. 200487 infringe the asserted claims of the patents-in-suit.

4. The asserted claims of the patents-in-suit are not invalid.

5. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of

Barr, Teva USA, and Teva Ltd.'s Abbreviated New Drug Application No. 91-194 under §505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. §355(j)) for the drug products described therein shall be a date not earlier than the latest of the expiration dates of the '819 and '649 patents.

6. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Sandoz's Abbreviated New Drug Application No. 200487 under §505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. §355(j)) for the drug products described therein shall be a date not earlier than the latest of the expiration dates of the '819 and '649 patents.

7. Pursuant to 35 U.S.C. § 271(e)(4)(B), Barr, Teva USA and Teva Ltd., including its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with Barr, Teva USA and Teva Ltd. who receive actual notice of this order, are enjoined from making, using, offering to sell, or selling the products described in Barr, Teva USA and Teva Ltd.'s Abbreviated New Drug Application No. 91-194 within the United States or importing the described products into the United States until after the latest of the expiration dates of the '819 and '649 patents.

8. Pursuant to 35 U.S.C. § 271(e)(4)(B), Sandoz, including its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with Sandoz who receive actual notice of this order, are enjoined from making, using, offering to sell, or selling the products described in Sandoz's Abbreviated New Drug Application No. 200487 within the United States or importing the described products into the United States until after the latest of the expiration dates of

the '819 and '649 patents.

9. Each side bears its own attorney fees and costs.

_____
United States District Judge

Dated: September 22, 2011