# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2012-1054 - ALLERGAN V BARR LABS

**Date of docketing:** 11/07/2011

**Appeal from:** United States District Court / District of Delaware
case no. 09-CV-0333

```
FILED

NOV 10 2011

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

**Appellant**(s): Barr Laboratories, Inc., Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

## Critical dates include:

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

## Attachments:

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
George C. Lombardi
William J. Marsden, Jr.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: November 7, 2011**

Official Caption[1]

2012-1040, -1054

ALLERGAN, INC.,

Plaintiff-Appellee,

v.

BARR LABORATORIES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellants,

and

SANDOZ INC.,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0333, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

ALLERGAN v BARR LABS, 2012-1040, -1054

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

Caption:     Allergan Inc. v. Barr Laboratories Inc.

Plaintiff(s):   Allergan Inc.

Defendant(s):   Barr Laboratories Inc., Sandoz Inc., Teva Pharmaceuticals USA Inc., Teva Pharmaceutical Industries
                Ltd.

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 09cv333 SLR          Date of Judgment/Order:          9/8/11, 9/22/11

Cross/Related Appeal: Related
Date of Notice of Appeal:     10/21/2011
Date of Notice of Appeal Docketed: 10/21/2011
Appellant is:   Barr Laboratories Inc., Teva Pharmaceuticals USA Inc., Teva Pharmaceuticals Industries Ltd.

Fees:   Court of Appeals Docket Fee Paid? Paid

U.S. Appeal? Yes

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 7 2011

JAN HORBALY
CLERK

**RECEIVED**

NOV - 7 2011

United States Court of Appeals
For The Federal Circuit

| | |
|---|---|
| **William J. Marsden , Jr.**<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>302-652-5070 | Barr Laboratories, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industires, Ltd.<br><br>**John C. Phillips , Jr.**<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>Sandoz Inc.<br><br>**Richard William Riley**<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 657-4928 |

Attorneys for Plaintiff                                          Attorneys for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

| | |
|---|---|
| Leonard  Dibbs | Phone:  302-573-6195 |
| Kevin Maurer | Phone:  302-573-6196 |
| Valerie Gunning | Phone:  302-573-6194 |
| Brian Gaffigan | Phone:  302-573-6360 |

IMPORTANT:  Attach copy of opinion and/or order appealed from.  Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _Kusbn  Ringgola_
           Deputy Clerk

Date:      October 24, 2011